**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL PETERSON and SUZANNE SMILEY,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>CITY OF PASO ROBLES et al,<br><br>　　　　　Defendants. | Case No.: 2:10-CV-01705-PA-MAN<br><br>**<u>Civil Rights</u>**<br>*Assigned to Honorable Percy Anderson, Judge presiding*<br><br>**ORDER ON NOTICE OF DISMISSAL OF ACTION FILED BY PLAINTIFFS RUSSELL PETERSON AND SUZANNE SMILEY**<br><br>[Notice of Dismissal Filed Concurrently]<br><br>Trial Date:   Case Settled |

///
///
///
///
///
///
///

---

[PROPOSED] ORDER ON NOTICE OF DISMISSAL OF ACTION FILED BY PLAINTIFFS RUSSELL PETERSON AND SUZANNE SMILEY
Case No.: 2:10-CV-01705-PA-MAN                                                                                                  1

Pursuant to the Consent Decree and Order executed by the Court and the Parties' Settlement Agreement and Mutual Release of Claims, the above-captioned action against is hereby dismissed and the scheduled trial and all pretrial dates are hereby vacated.

**IT IS SO ORDERED.**

Dated: December 17, 2010

_____
Honorable Percy Anderson
United States District Judge